# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JEFFREY MORRIS,

    Petitioner,

v.                                    Case No. 3:19-cv-4819-LC-MJF

SECRETARY, DEPARTMENT OF
CORRECTIONS,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 31, 2021. (Doc. 18). The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection was made.

Having considered the Report and Recommendation and the objections thereto, I conclude that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 18), is adopted and incorporated by reference in this Order.

2. The amended petition for writ of habeas corpus (Doc. 4), challenging the judgment of conviction and sentence in *State of Florida v. Jeffrey Todd Morris*, Escambia County Circuit Court Case No. 2012-CF-3451, is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The clerk of court close this case file.

**DONE AND ORDERED** this 20th day of September, 2021.

    *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**